# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2009 NOV -5 PM 12: 4.1

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>FIRZA EUGENIA SANTACRUZ DE LEE,<br><br>      Defendant. | CASE NO. 09CR3472-WQH<br><br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 09CR3959-WQH against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/4/09

          _____
          BARBARA L. MAJOR
          UNITED STATES DISTRICT JUDGE

        ENTERED ON _____